~~ORDERED SEALED BY COURT~~

Unsealed on 4/18/08 rq

FILED 08 MAR -5 PM 5:09

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>WHITE CROSS DRUG STORE<br>4074 FAIRMONT AVENUE<br>SAN DIEGO, CA | Case No. '08 MJ 0694<br><br>SEALING ORDER |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the search warrant, the application and affidavit for search warrant, and this sealing order be sealed until further order of the court.

SO ORDERED.

DATED: 3/5/08

HONORABLE CATHY ANN BENCIVENGO
United States Magistrate Judge

Presented by:

KAREN P. HEWITT
United States Attorney

TIMOTHY F. SALEL
Assistant U.S. Attorney