| | |
|---|---|
| 1 | KAREN P. HEWITT<br>United States Attorney |
| 2 | TIMOTHY F. SALEL<br>Assistant U.S. Attorney |
| 3 | California State Bar No. 163597<br>Federal Office Building |
| 4 | 880 Front Street, Room 6293<br>San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-6074 |
| 6 | Attorneys for Plaintiff<br>United States of America |

FILED

08 APR 18 PM 12:18

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF ) Case No. 08MJ0694
)
White Cross Drug Store )
4074 Fairmont Avenue )
San Diego, California ) UNSEAL SEARCH WARRANT
)

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Timothy F. Salel, Assistant United States Attorney, and hereby requests that the search warrant, the application, and affidavit for search warrant in the above-reference case be unsealed.

DATED: April 17, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

TIMOTHY F. SALEL
Assistant U.S. Attorney

IS ORDERED.

DATED: 4/17/08

HONORABLE BARBARA L. MAJOR
United States Magistrate Judge

TFS:klb:Motion:Unseal S.W.White Cross Drug